B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of Ohio, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mild, Gregory P.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Mild, Cynthia S.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8206** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8528** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2497 Tulane Court**<br>**Lewis Center, OH**                         ZIP Code **43035** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2497 Tulane Court**<br>**Lewis Center, OH**                         ZIP Code **43035** |
| County of Residence or of the Principal Place of Business:<br>**Delaware** | County of Residence or of the Principal Place of Business:<br>**Delaware** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** **Thomas C. Lonn 0059788** ***
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mild, Gregory P.**<br>**Mild, Cynthia S.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | **X**  */s/ Thomas C. Lonn*                              *June  2, 2009*<br>Signature of Attorney for Debtor(s)          (Date)<br>**Thomas C. Lonn 0059788** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                        Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

*Mild, Gregory P.*

*Mild, Cynthia S.*

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ Gregory P. Mild*
Signature of Debtor  **Gregory P. Mild**

X  */s/ Cynthia S. Mild*
Signature of Joint Debtor **Cynthia S. Mild**

Telephone Number (If not represented by attorney)

**June  2, 2009**
Date

---

**Signature of Attorney***

X  */s/ Thomas C. Lonn*
Signature of Attorney for Debtor(s)

**Thomas C. Lonn 0059788**
Printed Name of Attorney for Debtor(s)

*LAW OFFICE OF THOMAS C. LONN*
Firm Name

**833 Eastwind Drive**
**Westerville, OH 43081**

Address

*Email: tclonnesq@rrohio.com*
**614-895-1234  Fax: 614-865-3377**
Telephone Number

**June  2, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio, Eastern Division

In re  **Gregory P. Mild,**
       **Cynthia S. Mild,**

Case No. _____

,

Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 2,527,170.00 | | |
| B - Personal Property | Yes | 3 | 15,747.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 7 | | 2,575,168.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 453,002.84 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 3,949.29 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,124.00 |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| | | Total Assets | 2,542,917.00 | | |
| | | | Total Liabilities | 3,028,170.84 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Ohio, Eastern Division

In re  **Gregory P. Mild,**              Case No. _____
    **Cynthia S. Mild,**

_____ ,

                      Debtors        Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 17,799.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 17,799.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,949.29 |
| Average Expenses (from Schedule J, Line 18) | 5,124.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,419.42 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 192,979.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 453,002.84 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 645,981.84 |

B6A (Official Form 6A) (12/07)

.

In re    **Gregory P. Mild,**                                              Case No. _____
         **Cynthia S. Mild**

_____,
                          Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2040 Hegemon Crest**<br>**Columbus, Ohio** | | J | 160,200.00 | 116,009.00 |
| **7648 Red Bay Ct**<br>**Dublin, Ohio** | | J | 503,200.00 | 568,803.00 |
| **2217 Sullivant Avenue**<br>**Columbus, Ohio** | | J | 52,500.00 | 47,299.00 |
| **2271 Joyce Avenue**<br>**Columbus, Ohio** | | J | 50,200.00 | 43,888.00 |
| **2322 Grasmere Avenue**<br>**Columbus, Ohio 43211** | | J | 40,500.00 | 42,292.00 |
| **2400 Minerva Park Place**<br>**Columbus, Ohio** | | J | 169,600.00 | 150,952.00 |
| **1357 S. Ohio Avenue**<br>**Columbus, Ohio** | | J | 64,400.00 | 77,540.00 |
| **1352 S. Ohio Avenue**<br>**Columbus, Ohio** | | J | 76,000.00 | 77,613.00 |
| **740 S. 18th Street**<br>**Columbus, Ohio** | | J | 68,600.00 | 68,417.00 |
| **2488 Kitchner Drive**<br>**Columbus, Ohio** | | J | 66,900.00 | 73,048.00 |
| **85 Haddam Place W**<br>**Westerville, Ohio 43081** | | J | 177,900.00 | 193,786.00 |
| **3578 Brandon Street**<br>**Columbus, Ohio** | | J | 60,800.00 | 64,307.00 |

Sub-Total >    **1,490,800.00**    (Total of this page)

__1__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re **Gregory P. Mild,**          Case No. _____
          **Cynthia S. Mild,**
_____,
                    Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2924 Woodland Avenue** <br> **Columbus, Ohio 43219** | | J | 58,900.00 | 68,482.00 |
| **1676 Cole Road** <br> **Columbus, Ohio** | | J | 220,000.00 | 218,937.00 |
| **211 S. Warren Avenue** <br> **Columbus, Ohio** <br><br> **(Property Owned By Advanced Real Marketing)** | **Debtor Wife Owns Business Entity That Owns Property** | - | 39,200.00 | 6,341.00 |
| **402 S. Warren Avenue** <br> **Columbus, Ohio** <br><br> **(Property Owned By Advanced Real Marketing)** | **Debtor Wife Owns Business Entity That Owns Property** | - | 42,000.00 | 25,676.00 |
| **1389 E. Long Street** <br> **Columbus, Ohio** <br><br> **(Property Owned By Advanced Real Marketing)** | **Debtor Wife Owns Busines Entity That Owns Property** | - | 73,700.00 | 71,528.00 |
| **2399 Bancroft Street** <br> **Columbus, Ohio** | | J | 53,000.00 | 46,651.00 |
| **2357 Bancroft Street** <br> **Columbus, Ohio** | | J | 61,000.00 | 61,182.00 |
| **1019 Geers Avenue** <br> **Columbus, Ohio** | | J | 65,000.00 | 65,197.00 |
| **575 Somerlot-Hoffman Road** <br> **Marion, Ohio** | | J | 124,770.00 | 144,633.00 |
| **2497 Tulane Ct** <br> **Lewis Center, Ohio** | | J | 298,800.00 | 261,296.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 1,036,370.00 | (Total of this page) |
| Total > | 2,527,170.00 | |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Gregory P. Mild,**     Case No. _____
     **Cynthia S. Mild,**

                Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking First Merit** | J | 533.00 |
| | | **Checking First Merit** | J | 214.00 |
| | | **First Merit Checking Account** | H | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc.** | J | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Sports Trading Goods** | J | 500.00 |
| 6. Wearing apparel. | | **Misc.** | J | 500.00 |
| 7. Furs and jewelry. | | **Wedding Set** | J | 250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Treadmill** | J | 200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **5,297.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Gregory P. Mild,**                                                    Case No. _____
     **Cynthia S. Mild**

                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | *IRA $2500*<br><br>*STRS* | *W*<br><br>*H* | *0.00*<br><br>*0.00* |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | *Betty Hill, North Bend, Canal Winchester 16,000, 2nd Mortgage, Home is in Foreclosure* | *J* | *0.00* |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                               Sub-Total >       *0.00*
                                         (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Gregory P. Mild,**                                    Case No. _____
          **Cynthia S. Mild**
                                                    ,
                              Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Chevy HHR** | J | 8,825.00 |
| | | **1998 Chevy Venture 130,000** | J | 1,625.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  | 10,450.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 15,747.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Gregory P. Mild,**                                                    Case No. _____
      **Cynthia S. Mild**
_____ ,
                                 Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                    $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **2497 Tulane Ct** | **Ohio Rev. Code Ann. § 2329.66(A)(1)** | **37,504.00** | **298,800.00** |
| **Lewis Center, Ohio** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking First Merit** | **Ohio Rev. Code Ann. § 2329.66(A)(3)** | **800.00** | **533.00** |
| **Household Goods and Furnishings** | | | |
| **Misc.** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | **3,000.00** | **3,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Sports Trading Goods** | **Ohio Rev. Code Ann. § 2329.66(A)(18)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| **Misc.** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **Wedding Set** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(b)** | **250.00** | **250.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Treadmill** | **Ohio Rev. Code Ann. § 2329.66(A)(18)** | **200.00** | **200.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Chevy HHR** | **Ohio Rev. Code Ann. § 2329.66(A)(2)** | **6,450.00** | **8,825.00** |

Total:  **49,204.00**    **312,608.00**

_ **0** _  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Gregory P. Mild,**                                                Case No. _____
       **Cynthia S. Mild**
                                                              ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6470022990980**<br><br>**American Home Mtg Srv**<br>**Attn: Bankruptcy**<br>**4600 Regent Blvd**<br>**Irving, TX 75063** | | J | **Opened  3/01/07  Last Active  4/29/08**<br><br>**7648 Red Bay Ct**<br>**Dublin, Ohio**<br><br>Value $          503,200.00 | | | | 568,803.00 | 65,603.00 |
| Account No.<br><br>Representing:<br>**American Home Mtg Srv** | | | **John D. Clunk CO., L.P.A.**<br>**5601 Hudson Drive, Suite 400**<br>**Hudson, OH 44236**<br><br>Value $ | | | | | |
| Account No. **5005034038**<br><br>**Central Mortgage Co** | | H | **Opened  2/05/04  Last Active  4/30/08**<br><br>**First Mortgage**<br><br>**85 Haddam Place W**<br>**Westerville, Ohio 43081**<br><br>Value $          177,900.00 | | | | 164,621.00 | 0.00 |
| Account No.<br><br>Representing:<br>**Central Mortgage Co** | | | **Carlisle, McNellie & Rini**<br>**25200 Chagrin Blvd. Suite 240**<br>**Beachwood, OH 44122**<br><br>Value $ | | | | | |
| __6__  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 733,424.00 | 65,603.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory P. Mild,**
**Cynthia S. Mild,**
_____,
Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **4650024260697** | | | | | Opened 2/01/07 Last Active 4/01/08 | | | | | |
| **Chase Manhattan Mortgage** **Attention: Research Dept. G7-PP** **3415 Vision Drive** **Columbus, OH 43219** | | | | J | **2271 Joyce Avenue** **Columbus, Ohio** | | | | | |
| | | | | | Value $            **50,200.00** | | | | **43,888.00** | **0.00** |
| Account No. **4650024260671** | | | | | Opened 2/01/07 Last Active 4/01/08 | | | | | |
| **Chase Manhattan Mortgage** **Attention: Research Dept. G7-PP** **3415 Vision Drive** **Columbus, OH 43219** | | | | J | **2322 Grasmere Avenue** **Columbus, Ohio 43211** | | | | | |
| | | | | | Value $            **40,500.00** | | | | **42,292.00** | **1,792.00** |
| Account No. **69940575** | | | | | Opened 11/01/04 Last Active 6/11/08 | | | | | |
| **Countrywide Home Lending** **Attention: Bankruptcy SV-314B** **Po Box 5170** **Simi Valley, CA 93062** | | | | J | **575 Somerlot-Hoffman Road** **Marion, Ohio** | | | | | |
| | | | | | Value $           **124,770.00** | | | | **144,633.00** | **19,863.00** |
| Account No. **401665526** | | | | | Opened 12/01/05 Last Active 8/05/08 | | | | | |
| **Fifth Third Bank** **C/O Bankruptcy Dept, Mdropso5** **1850 East Paris** **Grand Rapids, MI 49546** | | | | J | **2497 Tulane Ct** **Lewis Center, Ohio** | | | | | |
| | | | | | Value $           **298,800.00** | | | | **261,296.00** | **0.00** |
| Account No. **402029656** | | | | | Opened 3/01/06 Last Active 8/05/08 | | | | | |
| **Fifth Third Bank** **C/O Bankruptcy Dept, Mdropso5** **1850 East Paris** **Grand Rapids, MI 49546** | | | H | | **1676 Cole Road** **Columbus, Ohio** | | | | | |
| | | | | | Value $           **220,000.00** | | | | **218,937.00** | **0.00** |

Sheet   **1**   of   **6**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **711,046.00** | **21,655.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory P. Mild,**                                           Case No. _____
      **Cynthia S. Mild,**
_____,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **402060974** | | | Opened 3/01/06 Last Active 8/05/08 | | | | | |
| **Fifth Third Bank** C/O Bankruptcy Dept, Mdropso5 **1850 East Paris Grand Rapids, MI 49546** | | H | **1352 S. Ohio Avenue Columbus, Ohio** | | | | | |
| | | | Value $            **76,000.00** | | | | **77,613.00** | **1,613.00** |
| Account No. **402082010** | | | Opened 3/01/06 Last Active 8/05/08 | | | | | |
| **Fifth Third Bank** C/O Bankruptcy Dept, Mdropso5 **1850 East Paris Grand Rapids, MI 49546** | | H | **1357 S. Ohio Avenue Columbus, Ohio** | | | | | |
| | | | Value $            **64,400.00** | | | | **77,540.00** | **13,140.00** |
| Account No. **402058788** | | | Opened 3/01/06 Last Active 8/05/08 | | | | | |
| **Fifth Third Bank** C/O Bankruptcy Dept, Mdropso5 **1850 East Paris Grand Rapids, MI 49546** | | H | **2488 Kitchner Drive Columbus, Ohio** | | | | | |
| | | | Value $            **66,900.00** | | | | **73,048.00** | **6,148.00** |
| Account No. **401713540** | | | Opened 12/01/05 Last Active 8/05/08 | | | | | |
| **Fifth Third Bank** C/O Bankruptcy Dept, Mdropso5 **1850 East Paris Grand Rapids, MI 49546** | | J | **1389 E. Long Street Columbus, Ohio** **(Property Owned By Advanced Real Marketing)** | | | | | |
| | | | Value $            **73,700.00** | | | | **71,528.00** | **0.00** |
| Account No. **402060834** | | | Opened 3/01/06 Last Active 8/05/08 | | | | | |
| **Fifth Third Bank** C/O Bankruptcy Dept, Mdropso5 **1850 East Paris Grand Rapids, MI 49546** | | H | **2924 Woodland Avenue Columbus, Ohio 43219** | | | | | |
| | | | Value $            **58,900.00** | | | | **68,482.00** | **9,582.00** |

Sheet __**2**__ of __**6**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                              **368,211.00**          **30,483.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gregory P. Mild,**                                                Case No. _____
       **Cynthia S. Mild,**
_____ ,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **402093488** | | | Opened 3/01/06 Last Active 8/05/08 | | | | | |
| **Fifth Third Bank** **C/O Bankruptcy Dept, Mdropso5** **1850 East Paris** **Grand Rapids, MI 49546** | | H | **740 S. 18th Street** **Columbus, Ohio** | | | | | |
| | | | Value $           68,600.00 | | | | 68,417.00 | 0.00 |
| Account No. **86086** | | | Opened 12/01/05 Last Active 5/27/08 | | | | | |
| **Fifth Third Bank** **C/O Bankruptcy Dept, Mdropso5** **1850 East Paris** **Grand Rapids, MI 49546** | | H | **CreditLineSecured** **2497 Tulane Ct.** **Lewis Center, Ohio** | | | | | |
| | | | Value $          278,000.00 | | | | 65,763.00 | 48,763.00 |
| Account No. **402563332** | | | Opened 7/01/06 Last Active 8/05/08 | | | | | |
| **Fifth Third Bank** **C/O Bankruptcy Dept, Mdropso5** **1850 East Paris** **Grand Rapids, MI 49546** | | J | **1019 Geers Avenue** **Columbus, Ohio** | | | | | |
| | | | Value $           65,000.00 | | | | 65,197.00 | 197.00 |
| Account No. **402092746** | | | Opened 3/01/06 Last Active 4/29/08 | | | | | |
| **Fifth Third Bank** **C/O Bankruptcy Dept, Mdropso5** **1850 East Paris** **Grand Rapids, MI 49546** | | H | **3578 Brandon Street** **Columbus, Ohio** | | | | | |
| | | | Value $           60,800.00 | | | | 64,307.00 | 3,507.00 |
| Account No. | | | | | | | | |
| **Representing:** **Fifth Third Bank** | | | **Lerner Sampson & Rothfuss** **Attn: Jennifer Madine** **120 E. Fourth Street, 8th Floor** **Cincinnati, OH 45202-4007** | | | | | |
| | | | Value $ | | | | | |

Sheet __3__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 263,684.00 | 52,467.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory P. Mild,**　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　**Cynthia S. Mild,**
_____,
　　　　　　　　　　　　　　　　Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **402293807** <br><br> **Fifth Third Bank** <br> **C/O Bankruptcy Dept, Mdropso5** <br> **1850 East Paris** <br> **Grand Rapids, MI 49546** | | J | **Opened  6/01/06  Last Active  8/05/08** <br><br> **2357 Bancroft Street** <br> **Columbus, Ohio** <br><br> Value $　　　　**61,000.00** | | | | 61,182.00 | 182.00 |
| Account No. **400722310** <br><br> **Fifth Third Bank** <br> **C/O Bankruptcy Dept, Mdropso5** <br> **1850 East Paris** <br> **Grand Rapids, MI 49546** | | J | **Opened  5/01/05  Last Active  8/05/08** <br><br> **2217 Sullivant Avenue** <br> **Columbus, Ohio** <br><br> Value $　　　　**52,500.00** | | | | 47,299.00 | 0.00 |
| Account No. **402562730** <br><br> **Fifth Third Bank** <br> **C/O Bankruptcy Dept, Mdropso5** <br> **1850 East Paris** <br> **Grand Rapids, MI 49546** | | J | **Opened  7/01/06  Last Active  8/05/08** <br><br> **2399 Bancroft Street** <br> **Columbus, Ohio** <br><br> Value $　　　　**53,000.00** | | | | 46,651.00 | 0.00 |
| Account No. **401681333** <br><br> **Fifth Third Bank** <br> **C/O Bankruptcy Dept, Mdropso5** <br> **1850 East Paris** <br> **Grand Rapids, MI 49546** | | J | **Opened 12/01/05  Last Active  8/05/08** <br><br> **402 S. Warren Avenue** <br> **Columbus, Ohio** <br><br> **(Property Owned By Advanced Real Marketing)** <br> Value $　　　　**42,000.00** | | | | 25,676.00 | 0.00 |
| Account No. **401681325** <br><br> **Fifth Third Bank** <br> **C/O Bankruptcy Dept, Mdropso5** <br> **1850 East Paris** <br> **Grand Rapids, MI 49546** | | J | **Opened 12/01/05  Last Active  8/05/08** <br><br> **211 S. Warren Avenue** <br> **Columbus, Ohio** <br><br> **(Property Owned By Advanced Real Marketing)** <br> Value $　　　　**39,200.00** | | | | 6,341.00 | 0.00 |

Sheet __**4**__ of __**6**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) ... 187,149.00 ... 182.00

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory P. Mild,**
     **Cynthia S. Mild,**                      Case No. _____

_____,
                                     Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **010910077681** <br><br> **G M A C** <br> **Po Box 130424** <br> **Roseville, MN 55113** | | H | | | **Opened  8/01/06  Last Active  8/22/08** <br><br> **2006 Chevy HHR** <br><br> Value $          **8,825.00** | | | | **15,528.00** | **6,703.00** |
| Account No. **4800084846971** <br><br> **Green Point Savings** <br> **Po Box 84013** <br> **Columbus, GA 31908** | | | | J | **Opened  9/01/04  Last Active  4/29/08** <br><br> **First Mortgage** <br><br> **2400 Minerva Park Place** <br> **Columbus, Ohio** <br> Value $          **169,600.00** | | | | **134,130.00** | **0.00** |
| Account No. **4800084846989** <br><br> **Green Point Savings** <br> **Po Box 84013** <br> **Columbus, GA 31908** | | | | J | **Opened  9/01/04  Last Active  5/14/08** <br><br> **Second Mortgage** <br><br> **2400 Minerva Park Place** <br> **Columbus, Ohio** <br> Value $          **169,600.00** | | | | **16,822.00** | **0.00** |
| Account No. **3000237646** <br><br> **Us Bank** <br> **Attn: Bankruptcy Dept.** <br> **P.O. Box 5229** <br> **Cincinnati, OH 45201** | | H | | | **Opened  2/01/04  Last Active  5/13/08** <br><br> **Second Mortgage** <br><br> **85 Haddam Place W** <br> **Westerville, Ohio 43081** <br> Value $          **177,900.00** | | | | **29,165.00** | **15,886.00** |
| Account No. **7080156262172** <br><br> **Wells Fargo Hm Mortgag** <br> **Attention:  Bankruptcy Department** <br> **MAC-X** <br> **3476 Stateview Blvd** <br> **Fort Mill, SC 29715** | | | | J | **Opened 11/01/06  Last Active  4/29/08** <br><br> **2040 Hegemon Crest** <br> **Columbus, Ohio** <br><br> Value $          **160,200.00** | | | | **116,009.00** | **0.00** |

Sheet  **5**  of  **6**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                Subtotal       **311,654.00**      **22,589.00**
                            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory P. Mild,**
      **Cynthia S. Mild**
                                               ,

Case No. _____

                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Representing:** <br> **Wells Fargo Hm Mortgag** | | | **Lerner, Sampson & Rothfuss** <br> **Matthew A. Taulbee** <br> **P.O. Box 5480** <br> **Cincinnati, OH 45201** <br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |

Sheet __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **2,575,168.00** | **192,979.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re   **Gregory P. Mild,**                                                                 Case No. _____
     **Cynthia S. Mild,**
_____,
                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                   __0__ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re   **Gregory P. Mild,**
     **Cynthia S. Mild**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Aduall Mohamed <br>3861 Cypress Clubway <br>Columbus, OH 43219** | | J | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-1773** <br><br>**Advanta Bank Corp. <br>P.O. Box 8088 <br>Philadelphia, PA 19101-8088** | | J | **CreditCard** | | | | **400.00** |
| Account No. **102-138-020-6-8** <br><br>**AEP Ohio <br>P.O. Box 24418 <br>Canton, OH 44701** | | J | **Utility Debt, 1389 E. Long Street** | | | | **107.64** |
| Account No. <br><br>**AEP Ohio <br>P.O. Box 24401 <br>Canton, OH 44701-4401** | | J | **Utility Debt** | | | | **1,000.00** |

__18__  continuation sheets attached

Subtotal
(Total of this page)

**1,507.64**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory P. Mild,**
     **Cynthia S. Mild**

Case No. _____

                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Akin Law Group** <br>**51 Dorchester Square Lane** <br>**Westerville, OH 43081** | | J | | | | | 3,652.93 |
| Account No. <br><br>**Alexandria Vaneck, Esq.** <br>**5660 Southwyck Blvd, #110** <br>**Toledo, OH 43614** | | J | Columbia Gas of Ohio | | | | 199.28 |
| Account No. <br><br>**AT&T Yellow Pages** <br>**100 E. Big Beaver Road, 14th Floor** <br>**Troy, MI 48083** | | J | | | | | 30,000.00 |
| Account No. <br><br>**Avis Budget Group** <br>**6 Sylvan Way** <br>**Parsippany, NJ 07054** | | J | | | | | *Unknown* |
| Account No. **3204** <br><br>**Bank Of America** <br>**Nc4-105-03-14** <br>**4161 Piedmont Pkwy** <br>**Greensboro, NC 27420** | | J | Opened 7/01/01 Last Active 5/23/08 CreditCard | | | | 21,063.00 |

Sheet no. _**1**_ of _**18**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,915.21

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory P. Mild,**                                              Case No. _____
         **Cynthia S. Mild**
                                                                    ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **9646** <br><br> **Bank Of America** <br> **Nc4-105-03-14** <br> **4161 Piedmont Pkwy** <br> **Greensboro, NC 27420** | | J | | **Opened  4/01/96  Last Active  5/13/08** <br> **CreditCard** | | | | **11,508.00** |
| Account No. <br><br> **Bank of America- Business Card** <br> **P.O. Box 15710** <br> **Wilmington, DE 19886-5710** | | J | | **CreditCard** | | | | **12,986.46** |
| Account No. **5156650000** <br><br> **Barclays Bank Delaware** <br> **Attention:  Customer Support** <br> **Department** <br> **Po Box 8833** <br> **Wilmington, DE 19899** | | H | | **Opened  8/01/06  Last Active  5/28/08** <br> **CreditCard** | | | | **3,599.00** |
| Account No. <br><br> **Budget Truck** | | J | | | | | | **1,000.00** |
| Account No. **644199** <br><br> **Capital Recovery Systems** <br> **7500 Cross Pointe Road, Ste S** <br> **Columbus, OH 43230** | | W | | **8/1/08** <br> **Columbus Division of Water** | | | | **65.39** |

Sheet no. __2___ of __18__ sheets attached to Schedule of                     Subtotal                | **29,158.85** |
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory P. Mild,**
       **Cynthia S. Mild**
                                                          ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **517945649004** | | | J | | **Opened 2/01/03 Last Active 5/13/08 CreditCard** | | | | |
| **Chase** **800 Brooksedge Blvd** **Westerville, OH 43081** | | | | | | | | | **9,541.00** |
| Account No. **426690102218** | | | J | | **Opened 5/01/03 Last Active 5/13/08 CreditCard** | | | | |
| **Chase - Cc** **Attention: Banktruptcy Department** **Po Box 100018** **Kennesaw, GA 30156** | | | | | | | | | **8,491.00** |
| Account No. **542418013855** | | | J | | **Opened 10/01/01 Last Active 5/19/08 CreditCard** | | | | |
| **Citi** **Po Box 6241** **Sioux Falls, SD 57117** | | | | | | | | | **15,591.00** |
| Account No. **508116-1242244** | | | J | | **2924 Woodland/Utility** | | | | |
| **City of Columbus** **P.O. Box 182882** **Columbus, OH 43218** | | | | | | | | | **480.98** |
| Account No. **508116-1228010** | | | J | | **7/11/08** **211 S. Warren/Utility Debt** | | | | |
| **City of Columbus** **P.O. Box 182882** **Columbus, OH 43218** | | | | | | | | | **297.45** |

Sheet no. __**3**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,401.43**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory P. Mild,**
    **Cynthia S. Mild**
                                             ,
                                       Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **508116-1228093**<br><br>**City of Columbus**<br>**P.O. Box 182882**<br>**Columbus, OH 43218** | | J | **7/11/08**<br>**402 S. Warren Avenue** | | | | 553.60 |
| Account No. **508116-1135986**<br><br>**City of Columbus**<br>**Water & Sewer Services**<br>**P.O. Box 182882**<br>**Columbus, OH 43218** | | J | **6/6/08**<br>**1389 E. Long St./Utility Debt** | | | | 249.11 |
| Account No. **508116-1010765**<br><br>**City of Columbus**<br>**Water & Sewer Services**<br>**P.O. Box 182882**<br>**Columbus, OH 43218** | | J | **7/17/08**<br>**2399 Bancroft St/Utility Debt** | | | | 161.87 |
| Account No. **508116-1010750**<br><br>**City of Columbus**<br>**Water & Sewer Services**<br>**P.O. Box 182882**<br>**Columbus, OH 43218** | | J | **7/31/08**<br>**2357 Bancroft St/Utility Debt** | | | | 306.47 |
| Account No. **204801-1212274**<br><br>**City of Columbus**<br>**Water & Sewer Services**<br>**P.O. Box 182882**<br>**Columbus, OH 43218** | | J | **8/12/08**<br>**2217 Sullivant Ave/Utility Debt** | | | | 1,704.39 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,975.44

B6F (Official Form 6F) (12/07) - Cont.

In re __**Gregory P. Mild,**__                                                          Case No. _____
        __**Cynthia S. Mild**__

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **508116-1116770**<br><br>**City of Columbus**<br>**Water & Sewer Services**<br>**P.O. Box 182882**<br>**Columbus, OH 43218** | | J | **7/17/08**<br>**2271 Joyce Ave/Utility Debt** | | | | **202.84** |
| Account No. **508116-1090926**<br><br>**City of Columbus**<br>**Water & Sewer Services**<br>**P.O. Box 182882**<br>**Columbus, OH 43218** | | J | **5/20/08**<br>**2322 Grasmere Ave/Utility Debt** | | | | **255.88** |
| Account No. **482817-1151338**<br><br>**City of Columbus**<br>**Water & Sewer Services**<br>**P.O. Box 182882**<br>**Columbus, OH 43218** | | J | **8/14/08**<br>**2400 Minerva Park Pl/Utility Debt** | | | | **751.96** |
| Account No. **508116-1256076**<br><br>**City of Columbus**<br>**Water & Sewer Services**<br>**P.O. Box 182882**<br>**Columbus, OH 43218** | | J | **6/6/08**<br>**2890 E 9th St./Utility Debt** | | | | **321.73** |
| Account No. **508116-1020412**<br><br>**City of Columbus**<br>**Water & Sewer Services**<br>**P.O. Box 182882**<br>**Columbus, OH 43218** | | J | **3/27/08**<br>**1684 E. Blake Ave/Utility Debt** | | | | **216.56** |

Sheet no. __**5**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,748.97**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory P. Mild,**
    **Cynthia S. Mild**
                                             ,
                                        Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **508116-1066610** <br><br> **City of Columbus** <br> **Water & Sewer Services** <br> **P.O. Box 182882** <br> **Columbus, OH 43218** | | J | **3/27/08** <br> **1345 Duxberry Ave/Utility Debt** | | | | **232.87** |
| Account No. **508116-1086123** <br><br> **City of Columbus** <br> **Water & Sewer Services** <br> **P.O. Box 182882** <br> **Columbus, OH 43218** | | J | **4/9/08** <br> **698 Georgian Dr./Utility Debt** | | | | **1,177.06** |
| Account No. **508116-1112675** <br><br> **City of Columbus** <br> **Water & Sewer Services** <br> **P.O. Box 182882** <br> **Columbus, OH 43218** | | J | **4/15/08** <br> **1275 Innis Ave/Utility Debt** | | | | **83.52** |
| Account No. **508116-1156541** <br><br> **City of Columbus** <br> **Water & Sewer Services** <br> **P.O. Box 182882** <br> **Columbus, OH 43218** | | J | **4/18/08** <br> **1536 Myrtle Ave/Utility Debt** | | | | **222.62** |
| Account No. **508116-1164906** <br><br> **City of Columbus** <br> **Water & Sewer Services** <br> **P.O. Box 182882** <br> **Columbus, OH 43218** | | J | **4/10/08** <br> **251 N. Oakley Ave/Utility Debt** | | | | **235.70** |

Sheet no. __**6**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,951.77**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory P. Mild,**
     **Cynthia S. Mild**                                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **508116-1185673**<br><br>**City of Columbus<br>Water & Sewer Services<br>P.O. Box 182882<br>Columbus, OH 43218** | | J | **4/10/08<br>402 S. Richardson Ave/Utility Debt** | | | | **234.04** |
| Account No. **508116-1205582**<br><br>**City of Columbus<br>Water & Sewer Services<br>P.O. Box 182882<br>Columbus, OH 43218** | | J | **6/13/08<br>595 Southwood Ave/Utility Debt** | | | | **193.45** |
| Account No.<br><br>**City of Columbus<br>Department of Development<br>757 Carloyn Avenue<br>Columbus, OH 43224** | | J | **Violations** | | | | **Unknown** |
| Account No.<br><br>**Representing:<br>City of Columbus** | | | **City of Columbus<br>57 E. Main Street<br>Columbus, OH 43215** | | | | |
| Account No. **508116-1166786**<br><br>**City of Columbus Water & Sewer<br>PO Box 182882<br>Columbus, OH 43218-2882** | | J | **4/16/08<br>1357 S. Ohio/ Utility Debt** | | | | **367.57** |

Sheet no. __**7**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**795.06**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory P. Mild,**
     **Cynthia S. Mild**
                                            ,
                             Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **508116-1166784**<br><br>**City of Columbus Water & Sewer**<br>**PO Box 182882**<br>**Columbus, OH 43218-2882** | | | J | | **7/17/08**<br>**1352 S. Ohio/Utility Debt** | | | | **355.42** |
| Account No. **508116-1249677**<br><br>**City of Columbus Water & Sewer**<br>**PO Box 182882**<br>**Columbus, OH 43218-2882** | | | J | | **7/15/08**<br>**740 S. 18th/Utility Debt** | | | | **536.56** |
| Account No. **537200-1124187**<br><br>**City of Columbus Water & Sewer**<br>**PO Box 182882**<br>**Columbus, OH 43218-2882** | | | J | | **7/18/08**<br>**2488 Kitchner Drive/Utility Bill** | | | | **64.28** |
| Account No. **508116-1023991**<br><br>**City of Columbus Water & Sewer**<br>**PO Box 182882**<br>**Columbus, OH 43218-2882** | | | J | | **7/15/08**<br>**3578 Brandon St/Utility Debt** | | | | **130.98** |
| Account No. **508116-1085417**<br><br>**City of Columbus Water & Sewer**<br>**PO Box 182882**<br>**Columbus, OH 43218-2882** | | | J | | **6/19/08**<br>**1019 Geers Ave/Utility Debt** | | | | **257.12** |

Sheet no. __8___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,344.36**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory P. Mild,**
          **Cynthia S. Mild,**                                                                    Case No. _____

                                                          _____,
                                                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **51227-8092** <br><br> *City of Westerville* <br> *64 E. Walnut Street* <br> *P.O. Box 6107* <br> *Westerville, OH 43086* | | J | **7/16/08** <br> **Utility Debt** | | | | **189.84** |
| Account No. **43793-10490** <br><br> *City of Westerville* <br> *64 E. Walnut Street* <br> *P.O. Box 6107* <br> *Westerville, OH 43086* | | J | **Utility Bill** | | | | **114.95** |
| Account No. **x3793** <br><br> *City of Westerville* <br> *21 S. State Street* <br> *Westerville, OH 43081* | | J | **4/3/09** <br> **Utility Debt** | | | | **40.63** |
| Account No. <br><br> **Representing:** <br> *City of Westerville* | | | **CBCS** <br> **P.O. Box 165025** <br> **Columbus, OH 43216** | | | | |
| Account No. **xxxx-xxxx-xxxx-3162** <br><br> *CollectCorp Corporation* <br> *455 North 3rd Street, Suite 260* <br> *Phoenix, AZ 85004-3924* | | J | **Bank of America** | | | | **12,330.22** |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,675.64**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory P. Mild,**
　　　 **Cynthia S. Mild**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Columbia Gas** PO Box 9001847 Louisville, KY 40290-1847 | | J | | | | | | 1,000.00 |
| Account No. **Contact Transportation** 815 Franklin Court Columbus, OH 43085 | | J | | | | | | 75,000.00 |
| Account No. **4266-9010-2218-5102** **Creditors Interchange, Inc.** PO Box 2270 Buffalo, NY 14240-1335 | | J | | 2/10/09 Chase Manhattan Bank USA, N.A. | | | | 9,494.13 |
| Account No. **David Pettit** 6811 Paul Road Westerville, OH 43082 | | J | | | | | | 3,600.00 |
| Account No. **508116-11667876** **Department of Public Utilities** Division of Water 910 Dublin Road Columbus, OH 43215-1116 | | J | | 7/7/08 1357 S Ohio Avenue (utility Debt) | | | | 285.74 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89,379.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory P. Mild,**
    **Cynthia S. Mild**
                                             Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5467000128159030** <br><br> **Fifth Third Bank** <br> **C/O Bankruptcy Dept, Mdropso5** <br> **1850 East Paris** <br> **Grand Rapids, MI 49546** | | J | | **Opened 12/01/05 Last Active 5/19/08** <br> **CreditCard** | | | | **5,623.00** |
| Account No. **5467000128121469** <br><br> **Fifth Third Bank** <br> **C/O Bankruptcy Dept, Mdropso5** <br> **1850 East Paris** <br> **Grand Rapids, MI 49546** | | J | | **Opened 7/01/05 Last Active 5/07/08** <br> **CreditCard** | | | | **2,720.00** |
| Account No. **8223** <br><br> **Fifth Third Bank** <br> **P.O. Box 630900** <br> **Cincinnati, OH 45263-0900** | | J | | **Overdraft protection** | | | | **692.52** |
| Account No. **0969** <br><br> **Fifth Third Bank** <br> **P.O. Box 630900** <br> **Cincinnati, OH 45263-0900** | | J | | **Overdraft protection** | | | | **735.00** |
| Account No. **4483** <br><br> **Fifth Third Bank** <br> **P.O. Box 630900** <br> **Cincinnati, OH 45263-0900** | | J | | **Overdraft protection** | | | | **886.67** |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,657.19**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory P. Mild,**
       **Cynthia S. Mild**                                                   Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **12402369** **Firstsource Advantage Collection 205 Bryant Woods South Buffalo, NY 14228** | | | J | | **Barnes & Noble** | | | | **4,131.10** |
| Account No. **603462000734** **Gemb/bargin Outlet Po Box 981439 El Paso, TX 79998** | | | J | | Opened 12/01/05  Last Active  5/18/08 ChargeAccount | | | | **3,839.00** |
| Account No. **700119111555** **Hsbc/bsbuy Pob 15521 Wilmington, DE 19805** | | | H | | Opened  4/01/02  Last Active  5/28/08 ChargeAccount | | | | **268.00** |
| Account No. **Representing: Hsbc/bsbuy** | | | | | **Central Portfolio Control 6640 Shady Oak Road # 300 Eden Prairie, MN 55344** | | | | |
| Account No. **Representing: Hsbc/bsbuy** | | | | | **Sherman Originator LLC P.O. Box 10497 Greenville, SC 29603** | | | | |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **8,238.10**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory P. Mild,**　　　　　　　　　　　　　　　　　Case No. _____
　　　**Cynthia S. Mild,**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| John & Wena Henson 7648 Red Bay Court Dublin, OH 43016 | | J | | | | | | *Unknown* |
| Account No. | | | | | | | | |
| Key Bank P.O. Box 8115 South Hackensack, NJ 07606 | | J | | | | | | 1,000.00 |
| Account No. 048576466652 | | | | Opened  8/01/07  Last Active  5/13/08 CreditCard | | | | |
| Kohls Attn:  Recovery Po Box 3120 Milwaukee, WI 53201 | H | | | | | | | 1,214.00 |
| Account No. 040612336452 | | | | Opened 11/01/04  Last Active  6/18/08 CreditCard | | | | |
| Kohls Attn:  Recovery Po Box 3120 Milwaukee, WI 53201 | | J | | | | | | 1,195.00 |
| Account No. | | | | | | | | |
| Larry Cline 3101 Africa Rd. Galena, OH 43021 | | J | | | | | | 12,000.00 |

Sheet no. __13__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,409.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory P. Mild,**                                                  Case No. _____
         **Cynthia S. Mild**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Law of Jeffrey B. Sams LLC**<br>**1579 Crosscreeks Boulevard**<br>**Pickerington, OH 43147** | | J | **11/20/08**<br>**MidState Educators Credit Union, Inc.** | | | | **6,500.00** |
| Account No.<br><br>**Lowe's Commercial Services**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353-0970** | | J | | | | | **20,000.00** |
| Account No.<br><br>**Matt & Kim Wajda**<br>**7140 Asheville Park Drive**<br>**Columbus, OH 43235** | | J | | | | | **Unknown** |
| Account No. 167940500<br><br>**Midstate Educators Cu**<br>**399 E Livingston Ave**<br>**Columbus, OH 43215** | | J | **Opened 12/01/99  Last Active  5/16/08**<br>**CreditCard** | | | | **6,088.00** |
| Account No.<br><br>**Mini Storage Depot**<br>**9984 Old State Road**<br>**Lewis Center, OH 43035** | | J | | | | | **1,000.00** |

Sheet no. __14__ of __18__ sheets attached to Schedule of                          Subtotal                    **33,588.00**
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory P. Mild,**  **Cynthia S. Mild**                                                           Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **National Administrative Solutions Corp** **5747 Perimeter Drive, Ste, 200** **Dublin, OH 43017** | | J | | | | | | | 10,000.00 |
| Account No. 07281019021 | | | | | 9/16/08 **Fifth Third Bank of Columbus** | | | | |
| **Nationwide Credit Inc.** **2015 Vaughn Road** **Building 400** **Kennesaw, GA 30144** | | J | | | | | | | 202.42 |
| Account No. ILF3000237646 | | | | | **US Bank** | | | | |
| **NCB Management Services, Inc** **P.O. Box 1099** **Langhorne, PA 19047** | | J | | | | | | | 29,837.64 |
| Account No. | | | | | | | | | |
| **Ohio Mutual Insurance Group** **P.O. BOx 740656** **Cincinnati, OH 45274** | | J | | | | | | | Unknown |
| Account No. xxxxxx5302 | | | | | 11/27/08 **Vonage (Phone Services)** | | | | |
| **Penn Credit Corporation** **P.O. Box 988** **Harrisburg, PA 17108-0988** | | J | | | | | | | 1,000.00 |

Sheet no. __15__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                41,040.06

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory P. Mild,**          Case No. _____
        **Cynthia S. Mild**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6862** | | | | | | | |
| **Pitney Bowes**<br>**PO Box 856390**<br>**Louisville, KY 40285-6390** | | J | | | | | **96.03** |
| Account No. | | | | | | | |
| **Richard Stearns**<br>**111 Kilbourne Dr.**<br>**Bucyrus, OH 44820** | | J | | | | | **20,000.00** |
| Account No. | | | | | | | |
| **Ryder Truck**<br>**11690 NW 105th St**<br>**Miami, FL 33178** | | J | | | | | **Unknown** |
| Account No. **771410030433** | | | **Opened 10/01/04  Last Active  5/23/08**<br>**ChargeAccount** | | | | |
| **Sams Club**<br>**Attention:  Bankruptcy Department**<br>**Po Box 103104**<br>**Roswell, GA 30076** | | J | | | | | **218.00** |
| Account No. **8528872253** | | | **Opened  1/01/02  Last Active  5/13/08**<br>**Educational** | | | | |
| **Slm Entities/glelsi**<br>**2401 International Ln**<br>**Madison, WI 53704** | | J | | | | | **10,745.00** |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **31,059.03**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory P. Mild,**
      **Cynthia S. Mild**                                   Case No. _____

                                                   ,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5490-3529-9993-3162**<br><br>**Sunrise Credit Services**<br>**P.O. Box 9100**<br>**Farmingdale, NY 11735-9100** | | J | **Bank of America** | | | | **12,330.22** |
| Account No. **4352375045480763**<br><br>**Target N.b.**<br>**Po Box 673**<br>**Minneapolis, MN 55440** | | J | **Opened 5/01/02 Last Active 5/18/08**<br>**CreditCard** | | | | **4,703.00** |
| Account No.<br><br>**Thomas Sherer**<br>**2308 Milan Road Apt. 205**<br>**Sandusky, OH 44870** | | J | | | | | **Unknown** |
| Account No. **549113032538**<br><br>**Unvl/citi**<br>**Attn.: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | J | **Opened 12/01/01 Last Active 5/09/08**<br>**CreditCard** | | | | **9,326.00** |
| Account No. **4037696706002221**<br><br>**Us Bank/na Nd**<br>**4325 17th Ave S**<br>**Fargo, ND 58125** | | J | **Opened 7/01/05 Last Active 5/08/08**<br>**CreditCard** | | | | **7,744.00** |

Sheet no. \_\_**17**\_\_ of \_\_**18**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
            (Total of this page)       **34,103.22**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory P. Mild,**
      **Cynthia S. Mild**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2778282063** <br><br>**Us Dept Of Education** <br>**Attn: Borrowers Service Dept** <br>**Po Box 5609** <br>**Greenville, TX 75403** | | **H** | **Opened 9/01/04 Last Active 8/01/08** <br>**Educational** | | | | **7,054.00** |
| Account No. <br><br>**Verizon Wireless** <br>**P.O. Box 790406** <br>**Saint Louis, MO 63179-0406** | | **J** | | | | | **1,000.00** |
| Account No. <br><br>**Wesley Wallace** <br>**10615 Laguana Circle** <br>**Plain City, OH 43064** | | **J** | | | | | **40,000.00** |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal <br>(Total of this page) | **48,054.00** |
|---|---|---|
| | Total <br>(Report on Summary of Schedules) | **453,002.84** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Gregory P. Mild,**

       **Cynthia S. Mild**

Case No. _____

                                           Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

*0*

\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **Gregory P. Mild,**                                                                    Case No. _____
         **Cynthia S. Mild**
_____,
                              Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Faith & Daniel Waddell**<br>**189 Brisbane Ave.**<br>**Westerville, Ohio 43081** | |

*0*
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Gregory P. Mild**
         **Cynthia S. Mild**                                    Case No. _____
         _____
                  Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** **Son** | AGE(S): **15** **9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Teacher** | |
| Name of Employer | **Columbus City Schools** | **Unemployed** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **5,362.50** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **5,362.50** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **745.75** | $ | **0.00** |
|    b. Insurance | $ | **131.21** | $ | **0.00** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify): **STRS** | $ | **536.25** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,413.21** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,949.29** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,949.29** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **3,949.29** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **none**

B6J (Official Form 6J) (12/07)

In re  **Gregory P. Mild**
       **Cynthia S. Mild**                                          Case No. _____
_____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,637.00 |
| a. Are real estate taxes included?          Yes  **X**          No ___ | | |
| b. Is property insurance included?           Yes  **X**          No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 400.00 |
| b. Water and sewer | $ | 30.00 |
| c. Telephone | $ | 30.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 360.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 75.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 130.00 |
| 8. Transportation (not including car payments) | $ | 225.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 33.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 233.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 366.00 |
| b. Other  **Student Loans** | $ | 220.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Second Mortgage** | $ | 600.00 |
| Other  **Personal Hygiene** | $ | 125.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,124.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
      **none**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,949.29 |
| b.   Average monthly expenses from Line 18 above | $ | 5,124.00 |
| c.   Monthly net income (a. minus b.) | $ | -1,174.71 |

**B6J (Official Form 6J) (12/07)**

In re    *Gregory P. Mild*
         *Cynthia S. Mild*                                        Case No. _____
         _____
                        Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| *Cable/Internet* | $ | *110.00* |
| *Cell Phone* | $ | *250.00* |
| **Total Other Utility Expenditures** | $ | *360.00* |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Ohio, Eastern Division

In re    **Gregory P. Mild**                                                                              Case No.
        **Cynthia S. Mild**
_____                     Chapter    **7**
                                    Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
____**40**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **June  2, 2009**                          Signature    **/s/ Gregory P. Mild**
                                                                **Gregory P. Mild**
                                                                Debtor

Date    **June  2, 2009**                          Signature    **/s/ Cynthia S. Mild**
                                                                **Cynthia S. Mild**
                                                                Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio, Eastern Division

In re    **Gregory P. Mild**        Case No. _____

**Cynthia S. Mild**        _____

Debtor(s)      Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$70,000.00** | **2007 JT** |
| **$73,000.00** | **2008 JT** |

2

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None □

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **FIFTH THIRD MORTGAGE COMPANY** | **FORECLOSURE** | **FRANKLIN COUNTY COURT OF COMMON PLEAS** | **PENDING** |
| **VS. CASE NO. 08-CVE-09-13082** | | | |
| **GREGORY P. MILD** | | | |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **FIFTH THIRD MORTGAGE** | **FORCLOSURE** | **FRANKLIN COUNTY COURT OF COMMON PLEAS** | **PENDING** |
| **VS. CASE NO, 08 CVE-09-13034** | | | |
| **GREGORY P. & CYNTHIA S. MILD** | | | |
| **CENTRAL MORTGAGE COMPANY** | **FORECLOSURE** | **FRANKLIN COUNTY COURT OF COMMON PLEAS** | **PENDING** |
| **VS. CASE NO. 08-CVE-09-13644** | | | |
| **CYNTHIA & GREG MILD** | | | |
| **HSBC BANK USA NATIONAL ASSOCIATION** | | **FRANKLIN COUNTY COURT OF COMMON PLEAS** | **PENDING** |
| **VS. CASE NO. 08-CVE-08-11488** | | | |
| **CYNTHIA & GREGORY MILD** | | | |
| **FIFTH THIRD MORTGAGE COMPANY** | **FORECLOSURE** | **FRANKLIN COUNTY COURT OF COMMON PLEAS** | **PENDING** |
| **VS. CASE NO. 08-CVE-08-11553** | | | |
| **GREGORY & CYNTHIA MILD** | | | |
| **MARBURN ACADMY** | | **FRANKLIN COUNTY MUNICIPAL COURT** | **PENDING** |
| **VS. CASE NO. 2008-CVF-031112** | | | |
| **GREENPOINT MORTGAGE FUNDING INC** | | **FRANKLIN COUNTY COURT OF COMMON PLEAS** | **PENDING** |
| **VS. CASE NO. 08-CVE-08-11891** | | | |
| **FIFTH THIRD MORTGAGE COMPANY** | | **FRANKLIN COUNTY COMMON PLEAS** | **PENDING** |
| **VS. CASE NO. 08 CVE 09 12977** | | | |
| **GREGORY & CYNTHIA MILD** | | | |
| **FIFTH THIRD MORTGAGE COMPANY** | **FORECLOSURE** | **FRANKLIN COUNTY COMMON PLEAS COURT** | **PENDING** |
| **VS. CASE NO.08 CV 17447** | | | |
| **CYNTHIA MILD** | | | |
| **FIFTH THIRD MORTGAGE COMPANY** | **FORCLOSURE** | **FRANKLIN COUNTY COURT OF COMMON PLEAS** | **PENDING** |
| **VS. CASE NO. 08-CVE-12-17645** | | | |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *DEUTSCHE BANK NATIONAL TRUST COMPANY COUNTRYWIDE* | *FORECLOSURE* | *MARION COMMON PLEAS COURT* | *PENDING* |
| *VS. CASE NO. 2008 CV 1017* | | | |
| *CYNTHIA & GREG MILD* | | | |
| *FIFTH THIRD BANK MORTGAGE COMPANY* | *FORECLOSURE* | *FRANKLIN COUNTY COMMON PLEASE COURT* | *PENDING* |
| *VS. CASE NO. 08 CVE 09-12896* | | | |
| *GREGORY & CYNTHIA MILD* | | | |
| *WELLS FARGO BANK* | *FORECLOSURE* | *FRANKLIN COUNTY COMMON PLEAS* | *PENDING* |
| *VS. CASE NO. 08 CVE 08 12433* | | | |
| *CYNTHIA MILD* | | | |
| *FIFTH THIRD MORTGAGE COMPANY* | *FORECLOSURE* | *FRANKLIN COUNTY COMMON PLEAS COURT* | *PENDING* |
| *VS. CASE NO. 08 CVE 09 12961* | | | |
| *GREGORY & CYNTHIA MILD* | | | |
| *FIFTH THIRD MORTGAGE COMPANY* | *FORECLOSURE* | *FRANKLIN COUNTY COMMON PLEAS COURT* | *PENDING* |
| *VS. CASE NO. 08 CV 12-17449* | | | |
| *CYNTHIA & GREG MILD* | | | |
| *US BANK NATIONAL ASSOCIATION/FIFTH THIRD MORTG CO* | *FORECLOSURE* | *FRANKLIN COUNTY COMMON PLEAS COURT* | *PENDING* |
| *VS. CASE NO. 09 CV-02-2751* | | | |
| *CYNTHIA MILD* | | | |
| *CONTACT TRANSPORTATION, INC.* | | *FRANKLIN COUNTY COMMON PLEAS COURT* | *PENDING* |
| *VS. CASE NO. 09 CV-02-1835* | | | |
| *CYNTHIA MILD* | | | |
| *FIFTH THIRD MORTGAGE COMPANY* | *FORECLOSURE* | *FRANKLIN COUNTY COURT OF COMMON PLEAS* | *PENDING* |
| *VS. CASE NO. 09 CVE 01 0824* | | | |
| *CYNTHIA MILD* | | | |

5

None ■
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■
    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■
    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

6

**9. Payments related to debt counseling or bankruptcy**

None ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Fifth Third Bank* *P.O. Box 740789* *Cincinnati, OH 45274* | *Checking* | *August 2008* |
| *Midstate* | *Savings - $0.00 balance* | *$0.00 November 2008* |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

7

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

8

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *First Choice Moving & Storage* | | | | *6/2008-10/2008* |
| *Advanced Real Marketing Systems* | | | | *12/2005-10/2008* |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Cindy Mild* | *Various (for both businesses)* |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| *Cindy Mild* | *Advanced Real Marketing LLC.* | *100%* |
| *Daniel Waddell* | *First Choice Movers, LLC* | *10%* |
| *Faith Waddell* | *First Choice Movers, LLC* | *80%* |
| *Cindy Mild* | *First Choice Movers, LLC* | *10%* |

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

10

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **June  2, 2009**                        Signature   */s/ Gregory P. Mild*
                                                            **Gregory P. Mild**
                                                            Debtor


Date   **June  2, 2009**                        Signature   */s/ Cynthia S. Mild*
                                                            **Cynthia S. Mild**
                                                            Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

B 201 (12/08)

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| *Thomas C. Lonn 0059788* | X  */s/ Thomas C. Lonn* | *June  2, 2009* |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
*833 Eastwind Drive*
*Westerville, OH 43081*
*614-895-1234*
*tclonnesq@rrohio.com*

### Certificate of Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| *Gregory P. Mild* | | |
| *Cynthia S. Mild* | X  */s/ Gregory P. Mild* | *June  2, 2009* |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X  */s/ Cynthia S. Mild* | *June  2, 2009* |
| | Signature of Joint Debtor (if any) | Date |

Aduall Mohamed
3861 Cypress Clubway
Columbus OH 43219

Advanta Bank Corp.
P.O. Box 8088
Philadelphia PA 19101-8088

AEP Ohio
P.O. Box 24418
Canton OH 44701

AEP Ohio
P.O. Box 24401
Canton OH 44701-4401

Akin Law Group
51 Dorchester Square Lane
Westerville OH 43081

Alexandria Vaneck, Esq.
5660 Southwyck Blvd, #110
Toledo OH 43614

American Home Mtg Srv
Attn: Bankruptcy
4600 Regent Blvd
Irving TX 75063

AT&T Yellow Pages
100 E. Big Beaver Road, 14th Floor
Troy MI 48083

Avis Budget Group
6 Sylvan Way
Parsippany NJ 07054

Bank Of America
Nc4-105-03-14
4161 Piedmont Pkwy
Greensboro NC 27420

Bank of America- Business Card
P.O. Box 15710
Wilmington DE 19886-5710

Barclays Bank Delaware
Attention: Customer Support Department
Po Box 8833
Wilmington DE 19899

Budget Truck

Capital Recovery Systems
7500 Cross Pointe Road, Ste S
Columbus OH 43230

Carlisle, McNellie & Rini
25200 Chagrin Blvd. Suite 240
Beachwood OH 44122

CBCS
P.O. Box 165025
Columbus OH 43216

Central Mortgage Co

Central Portfolio Control
6640 Shady Oak Road # 300
Eden Prairie MN 55344

Chase
800 Brooksedge Blvd
Westerville OH 43081

Chase - Cc
Attention: Banktruptcy Department
Po Box 100018
Kennesaw GA 30156

Chase Manhattan Mortgage
Attention: Research Dept. G7-PP
3415 Vision Drive
Columbus OH 43219

Citi
Po Box 6241
Sioux Falls SD 57117

City of Columbus
P.O. Box 182882
Columbus OH 43218

City of Columbus
Water & Sewer Services
P.O. Box 182882
Columbus OH 43218

City of Columbus
Department of Development
757 Carloyn Avenue
Columbus OH 43224

City of Columbus
57 E. Main Street
Columbus OH 43215

City of Columbus Water & Sewer
PO Box 182882
Columbus OH 43218-2882

City of Westerville
64 E. Walnut Street
P.O. Box 6107
Westerville OH 43086

City of Westerville
21 S. State Street
Westerville OH 43081

CollectCorp Corporation
455 North 3rd Street, Suite 260
Phoenix AZ 85004-3924

Columbia Gas
PO Box 9001847
Louisville KY 40290-1847

Contact Transportation
815 Franklin Court
Columbus OH 43085

Countrywide Home Lending
Attention: Bankruptcy SV-314B
Po Box 5170
Simi Valley CA 93062

Creditors Interchange, Inc.
PO Box 2270
Buffalo NY 14240-1335

David Pettit
6811 Paul Road
Westerville OH 43082

Department of Public Utilities
Division of Water
910 Dublin Road
Columbus OH 43215-1116

Faith & Daniel Waddell
189 Brisbane Ave.
Westerville, Ohio 43081

Fifth Third Bank
C/O Bankruptcy Dept, Mdropso5
1850 East Paris
Grand Rapids MI 49546

Fifth Third Bank
P.O. Box 630900
Cincinnati OH 45263-0900

Firstsource Advantage Collection
205 Bryant Woods South
Buffalo NY 14228

G M A C
Po Box 130424
Roseville MN 55113

Gemb/bargin Outlet
Po Box 981439
El Paso TX 79998

Green Point Savings
Po Box 84013
Columbus GA 31908

Hsbc/bsbuy
Pob 15521
Wilmington DE 19805

John & Wena Henson
7648 Red Bay Court
Dublin OH 43016

John D. Clunk CO., L.P.A.
5601 Hudson Drive, Suite 400
Hudson OH 44236

Key Bank
P.O. Box 8115
South Hackensack NJ 07606

Kohls
Attn: Recovery
Po Box 3120
Milwaukee WI 53201

Larry Cline
3101 Africa Rd.
Galena OH 43021

Law of Jeffrey B. Sams LLC
1579 Crosscreeks Boulevard
Pickerington OH 43147

Lerner Sampson & Rothfuss
Attn: Jennifer Madine
120 E. Fourth Street, 8th Floor
Cincinnati OH 45202-4007

Lerner, Sampson & Rothfuss
Matthew A. Taulbee
P.O. Box 5480
Cincinnati OH 45201

Lowe's Commercial Services
P.O. Box 530970
Atlanta GA 30353-0970

Matt & Kim Wajda
7140 Asheville Park Drive
Columbus OH 43235

Midstate Educators Cu
399 E Livingston Ave
Columbus OH 43215

Mini Storage Depot
9984 Old State Road
Lewis Center OH 43035

National Administrative Solutions Corp
5747 Perimeter Drive, Ste, 200
Dublin OH 43017

Nationwide Credit Inc.
2015 Vaughn Road
Building 400
Kennesaw GA 30144

NCB Management Services, Inc
P.O. Box 1099
Langhorne PA 19047

Ohio Mutual Insurance Group
P.O. BOx 740656
Cincinnati OH 45274

Penn Credit Corporation
P.O. Box 988
Harrisburg PA 17108-0988

Pitney Bowes
PO Box 856390
Louisville KY 40285-6390

Richard Stearns
111 Kilbourne Dr.
Bucyrus OH 44820

Ryder Truck
11690 NW 105th St
Miami FL 33178

Sams Club
Attention: Bankruptcy Department
Po Box 103104
Roswell GA 30076

Sherman Originator LLC
P.O. Box 10497
Greenville SC 29603

Slm Entities/glelsi
2401 International Ln
Madison WI 53704

Sunrise Credit Services
P.O. Box 9100
Farmingdale NY 11735-9100

Target N.b.
Po Box 673
Minneapolis MN 55440

Thomas Sherer
2308 Milan Road Apt. 205
Sandusky OH 44870

Unvl/citi
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City MO 64195

Us Bank
Attn: Bankruptcy Dept.
P.O. Box 5229
Cincinnati OH 45201

Us Bank/na Nd
4325 17th Ave S
Fargo ND 58125

Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville TX 75403

Verizon Wireless
P.O. Box 790406
Saint Louis MO 63179-0406

Wells Fargo Hm Mortgag
Attention: Bankruptcy Department  MAC-X
3476 Stateview Blvd
Fort Mill SC 29715

Wesley Wallace
10615 Laguana Circle
Plain City OH 43064